**Roger Dale HELMS, Plaintiff/Appellant,**

v.

**STINSON MANUFACTURING COMPANY, Defendant/Respondent.**

**No. 65600.**

Missouri Court of Appeals,
Eastern District,
Division Two.

Dec. 27, 1994.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Jan. 31, 1995.

Application to Transfer Denied
March 21, 1995.

Kenneth A. Leeds, Law Offices of Roskin & Leeds, Clayton, for appellant.

Louis J. Basso, Rabbitt, Pitzer & Snodgrass, P.C., St. Louis, for respondent.

Before SMITH, P.J., and CRANDALL and WHITE, JJ.

### MEMORANDUM OPINION

PER CURIAM.

Plaintiff appeals from a judgment based on a jury verdict in favor of defendant in a products liability case. He raises three points on appeal, all dealing with evidentiary rulings. The evidence to support the verdict was not insufficient. No error of law appears. The claims of evidentiary error were waived and/or not properly preserved for review and/or without merit. An opinion would have no precedential value.

Judgment affirmed. Rule 84.16(b).